NO. 28690

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

**Electronically Filed
Supreme Court
28690
07-OCT-2010
01:40 PM**

---

JEFFREY SMITH and LAUREL SMITH,
Petitioners/Plaintiffs-Appellees,

vs.

HEINZ-GUENTHER PINK, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 1RC07-1-0711)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioners/Plaintiffs-Appellees Jeffrey Smith and Laurel Smith's application for writ of certiorari filed on August 24, 2010, is hereby rejected. Insofar as Respondent/Defendant-Appellant's Answer to Writ of Certiorari filed on September 7, 2010, can be construed as an application for writ of certiorari, it is also rejected.

DATED: Honolulu, Hawai'i, October 7, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

Michael P. Kalish
on the application for
petitioners/plaintiffs-
appellees.

Heinz-Guenther Pink,
pro se, on the answer
for respondent/defendant-
appellant.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Trader, assigned by reason of vacancy.